Opinion issued August 30, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00683-CV

____________


FOUR BROTHERS BOAT WORKS, INC. AND R. R. 

RYAN INVESTMENTS, INC., Appellant


V.


APACHE SERVICES, INC. D/B/A A.E.S.I., Appellee






On Appeal from the 10th District Court

Galveston County, Texas

Trial Court Cause No. 01CV0676






O P I N I O N

 The parties have filed a joint motion to dismiss this appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed with
prejudice. Tex. R. App. P. 42.1(a).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Schneider and Justices Nuchia and Radack

Do not publish. Tex. R. App. P. 47.